**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-4562

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN NASSHON BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CR-02-125)

Submitted: May 27, 2004                    Decided: June 2, 2004

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Edwin L. West, III, EDWIN L. WEST, III, P.L.L.C., Wilmington, North Carolina, for Appellant. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Nasshon Brown pled guilty to bank robbery and aiding and abetting, 18 U.S.C. §§ 2113, 2 (2000), and was sentenced to 94 months imprisonment. On appeal, his counsel has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), alleging that there are no meritorious claims for appeal, but addressing whether the district court should have departed based on diminished mental capacity. See U.S. Sentencing Guidelines Manual, § 5K2.13 (2002). Although informed of the right to do so, Brown has not filed a pro se supplemental brief.

Because the court correctly understood its authority to depart in this case, we lack jurisdiction to review its decision not to depart under § 5K2.13. See United States v. Carr, 303 F.3d 539, 545 (4th Cir. 2002), cert. denied, 537 U.S. 1138 (2003); United States v. Bayerle, 898 F.2d 28, 31 (4th Cir. 1990). Accordingly, we dismiss this portion of the appeal.

We have examined the entire record in this case in accordance with the requirements of Anders and find no meritorious issues for appeal. Therefore, we affirm Brown's conviction and sentence. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to

- 2 -

withdraw from representation.  Counsel's motion must state that a copy thereof was served on the client.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART